■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY CHAVIS, Appellant. [746 NYS2d 399]

Upon our review of the record, we find that there are issues, including those raised in the defendant's supplemental pro se brief, which are "arguable on the merits * * * and therefore not frivolous" (*Anders v California supra* at 744). Accordingly, assignment of new counsel is warranted (*see Anders v California, supra*; *People v Stokes,* 95 NY2d 633). Prudenti, P.J., S. Miller, O'Brien, McGinity and Crane, JJ., concur.